**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-1945-WJM-CBS

TYLER SANCHEZ

      Plaintiff,

v.

DETECTIVE JOE RYAN HARTLEY,
DETECTIVE RYAN WOLFF,
DETECTIVE MIKE DUFFY,
DETECTIVE HEATHER MYKES,
INVESTIGATOR MICHAEL DICKSON,
BOARD OF COUNTY COMMISSIONERS OF DOUGLAS COUNTY,
DOUGLAS COUNTY SHERIFF'S OFFICE, and
OFFICE OF THE DISTRICT ATTORNEY FOR THE EIGHTEENTH JUDICIAL DISTRICT,

      Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS
PLAINTIFF'S FIFTH AMENDMENT CLAIM**

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss Plaintiff's Fifth Amendment Claim filed September 18, 2013 (ECF No. 27).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED.  Plaintiff's Fifth Amendment Claim is hereby  DISMISSED WITH PREJUDICE.  Each party shall pay his/her or its own attorney's fees and costs.

Dated this 18th day of September, 2013.

BY THE COURT:

William J. Martínez
United States District Judge