IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-01945-WJM-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:               October 21, 2013 | Courtroom Deputy:    Courtni Covington |

| *Parties:* | *Counsel:* |
|---|---|
| TYLER SANCHEZ, | John A. Culver |
| Plaintiff, | |
| v. | |
| JOE RYAN HARTLEY, *et al.*, | Ann B. Smith |
| | Kelly Dunnaway |
| | Christopher K. Pratt |
| Defendants. | Keith M. Goman |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTION HEARING**
**Court in session:       1:35 p.m.**
Court calls case. Appearances of counsel.

This matter is before the court regarding **Joint Motion to Stay Discovery** [Doc. No. 33] and **Defendant Office of the District Attorney for the Eighteenth Judicial District's Motion for Protective Order** [Doc. No. 38].

Counsel for Defendants present oral argument and engages in discussion with the court regarding the need for a stay of discovery.

Plaintiff states his opposition to the Motion and engages in discussion with the court.

The court cites relevant case law and advises the parties that proceeding with discovery would be premature until the court has a better sense of the claims that will remain after the Motion to Dismiss is decided.

**ORDERED:**          The court will **TAKE UNDER ADVISEMENT** Defendants' Joint Motion to Stay Discovery [Doc. No. 33, filed 9/23/2013].

> All discovery shall be stayed pending completion of the briefing on Defendants' Motion to Dismiss. Within 72 hours of completion of the briefing, counsel shall put together a telephone conference call and contact chambers to set the matter for a further hearing. At that time the court will address to what extent, if at all, the discovery that will go forward.

The court notes it is not precluding the possibility of some discovery but is concerned some potential exists that discovery would be unduly burdensome.

Discussion between the court and Plaintiff's counsel regarding discovery requests served on Defendants and the discovery received from the related criminal case.

The court addresses counsel regarding Defendant's Motion for Protective Order [Doc. No. 38]. Counsel for Plaintiff states he has no objection.

**ORDERED:** Defendant Office of the District Attorney for the Eighteenth Judicial District's Motion for Protective Order [Doc. No. 38, filed 10/4/2013] is **GRANTED**.

HEARING CONCLUDED.
**Court in recess**: **2:10 p.m.**
Total time in court:   00:35

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.