IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| Civil Action: | 13-cv-01945-WJM-CBS | FTR - Reporter Deck-Courtroom A402 |
|---|---|---|
| Date: | December 4, 2013 | Courtroom Deputy:   Courtni Covington |

*Parties:* *Counsel:*

TYLER SANCHEZ, Sarah J. Parady

    Plaintiff,

v.

JOE RYAN HARTLEY, *et al.*, Ann B. Smith
                                        Kelly Dunnaway
    Defendants.                         Keith M. Goman

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:   1:39 p.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding Defendants' **Joint Motion to Stay** [Doc. No. 33].

Discussion between the court and counsel regarding what discovery would be pursued, why Defendants believe all discovery should be stayed in the case, and the issue of qualified immunity.

For the reasons stated on the record, it is

**ORDERED:**   Defendants' *Joint Motion to Stay* [Doc. No. 33, filed 9/23/2013] is **DENIED**.

The court will allow discovery to go forward as to any individual or entity that has not and cannot assert qualified immunity.  Discovery directed to the individual Defendants and their depositions shall be **STAYED**.

The court notes it may revisit the question of the stay of discovery if it endures beyond a reasonable time frame and advises the parties it is not absolving counsels' certification requirement under Rule 26(g) nor their obligation to approach discovery in a thoughtful and precise manner.

Further discussion regarding the discovery that will go forward.  Counsel for Defendant Office of the District Attorney for the Eighteenth Judicial District clarifies with Plaintiff's counsel that no discovery will be pursued towards them as an entity claiming qualified immunity.

HEARING CONCLUDED.   **Court in recess:   2:05 p.m.**   Total time in court:   00:26

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.