IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 13-cv-01945-WJM-CBS     FTR - Reporter Deck-Courtroom A402
Date: May 13, 2014                                 Courtroom  Deputy: Nick Richards and Amanda
                                                              Montoya

_Parties:_                                              _Counsel:_

TYLER SANCHEZ,                                John A. Culver

         Plaintiff,


v.


DETECTIVE JOE RYAN HARTLEY,          Ann Baumgartner Smith
DETECTIVE RYAN WOLFF,                     Kelly Dunnaway
DETECTIVE MIKE DUFFY,                       Keith M. Goman
DETECTIVE HEATHER MYKES, and
INVESTIGATOR MICHAEL DICKENSON,
in their individual capacities,
BOARD OF COUNTY COMMISSIONERS
OF DOUGLAS COUNTY, and
DOUGLAS COUNTY SHERIFF'S OFFICE,

         Defendants.


## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session: 8:39 a.m.**
Court calls case.  Appearances of counsel. Counsel appears via telephone.

Telephonic Motion Hearing called regarding Plaintiff Sanchez' Motion for Leave to File Second
Amended Complaint to Add Defendant Town of Parker [Doc. No. 67, filed March 31, 2014].

Discussion regarding Plaintiff Sanchez' Motion for Leave [67].

Findings of the Court.

**ORDERED:**   Plaintiff Sanchez' Motion for Leave [67] is **DENIED WITHOUT PREJUDICE** as stated on the record.

HEARING CONCLUDED.
**Court in recess**: **9:04 a.m.**
Total time in court:     00:25

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.