IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01945-WJM-KHR

TYLER SANCHEZ

    Plaintiff,

v.

DETECTIVE JOE RYAN HARTLEY,
DETECTIVE RYAN WOLFF,
DETECTIVE MIKE DUFFY,
DETECTIVE HEATHER MYKES, and
INVESTIGATOR MICHAEL DICKSON, in their individual capacities,
BOARD OF COUNTY COMMISSIONERS OF DOUGLAS COUNTY, and
DOUGLAS COUNTY SHERIFF'S OFFICE,

    Defendants.

---

## [PROPOSED] ABBREVIATED SCHEDULING ORDER

---

All Parties, by and through their respective counsel, hereby respectfully submit this [Proposed] Abbreviated Scheduling Order pursuant to this Court's December 13, 2017 Order [Doc. 244], as follows:

**I.    Discovery.**

Deposition Schedule:  The parties have conferred and anticipate at this time deposing the following individuals. The parties have begun scheduling the depositions of the rebuttal experts and anticipate meeting a discovery deadline of April 2, 2018, for completion of these depositions:

Rebuttal Expert Depositions to be conducted by Plaintiff:

a. Dr. Mac Bradley (estimated at four hours)

b. Jim Tsurapas (two hours)

c. Kandra Keech-Miller (one hour)

d. Lowry Peacock (one hour)

e. Steve Ijames (three hours by video)

f. Dr. Bruce Framkin (four hours by video)

g. Dr. James Barroffio (four hours)

h. Brian Sugioka (three hours).

Rebuttal Expert Depositions to be conducted by Defendants:

a. Charles R. Honts, Ph.D. (estimated at three hours by video conference)

b. Iris Eytan, Esq. (two hours on her expert report) (contested by Plaintiff)

c. Ashley Wheeler, M.D. (six hours)

d. Richard F. Spiegle, Psy.D. (three hours)

e. Rose Manguso, Ph.D., ABPP (three hours)

f. Richard P. Martinez, M.D. (two hours)

**II.     Final Pre-trial Conference.**

The parties believe the Final Pretrial Conference can be set 14 days following the completion of the additional depositions or thereafter based on the Court's schedule on

April 16, 2018, or thereafter.  The parties will prepare and submit a proposed Final Pretrial Order 7 days prior to the date of the Final Pretrial Conference.

WHEREFORE, the Parties respectfully submit this foregoing [PROPOSED] Abbreviated Scheduling Order Regarding Remaining Discovery for consideration by this Court.

Respectfully submitted this 21st day of December, 2017.


**VAUGHAN & DeMURO**

*s/ Ann Smith*

_____
Gordon L. Vaughan, Esq.
Ann Smith, Esq.
111 South Tejon, Suite 545
Colorado Springs, CO 80903
vnd@vaughandemuro.com
asmith@vaughandemuro.com
*Attorneys for Defendants Hartley and Wolff*


**DOUGLAS COUNTY ATTORNEY'S OFFICE**

*s/Kelly Dunnaway*

_____
Kelly Dunnaway, Esq.
Dawn L. Johnson, Esq.
100 Third St.
Castle Rock, CO 80104
kdunnawa@co.douglas.co.us
djohnson@douglas.co.us
*Attorneys for Defendants Duffy, Mykes, Board of County Commissioners of Douglas County, and Douglas County Sheriff's Office*

**BENEZRA & CULVER, P.C.**

*s/ John A. Culver*

_____
John A. Culver, Esq.
Seth J. Benezra, Esq.
Adam W. Ray, Esq.
633 17th Street, Suite 2610
Denver, CO 80202
(303) 716-0254
awray@bc-law.com
jaculver@bc-law.com
sjbenezra@bc-law.com
*Attorneys for the Plaintiff*

**HALL & EVANS, L.L.C.**

*s/Andrew D. Ringel*

_____
Andrew D. Ringel, Esq.
Keith M. Goman, Esq.
1001 17th Street, Suite 300
Denver, CO 80202-2052
ringela@hallevans.com
gomank@hallevans.com
*Attorneys for Defendant Dickson*

Approved and Entered:

_____
William J. Martinez
United States District Court Judge

## **CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 21st day of December, 2017, I electronically filed the foregoing with the clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

John A. Culver, Esq.
Seth Benezra, Esq.
Adam W. Ray, Esq.
Benezra & Culver, P.C.
jaculver@bc-law.com
sjbenezra@bc-law.com
awray@bc-law.com
(Attorneys for Plaintiff)

Kelly Dunnaway, Esq.
Dawn Johnson, Esq.
Douglas County Attorney's Office
kdunnawa@douglas.co.us
djohnson@douglas.co.us
(Attorneys for Duffy, Mykes, BOCC, Sheriff)

Gordon Vaughan, Esq.
Ann B. Smith, Esq.
Vaughan & DeMuro
vnd@vaughandemuro.com
(Attorneys for Hartley and Wolff)

s/ Nicole Marion
Legal Assistant