**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

**Civil Action No. 13-cv-01945-WJM-SKC**     **Date:** November 16, 2018

**Case Title:** *Sanchez v. Hartley, et al.*

## PLAINTIFF'S REVISED FINAL WITNESS LIST

| WITNESS & DATE | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|

**Will-Call**

| Witness & Date | Direct | Cross | Total |
|---|---|---|---|
| Heather Mykes, cross-designated, 11/26/18, 11/27/18 and 11/28/18 | 11.0[1] | 6 | 17.0 |
| Atilla Denes, cross-designated, 11/28/18 | 1.0 | 1.0 | 2.0 |
| Jon Topolnicki, cross-designated, 11/28/18 | 1.0 | 1.0 | 1.5 |
| Mike Duffy, cross-designated, 11/29/18 | 2.5 | 2.5 | 5.0 |
| Dr. Richard Spiegle, 11/29/18 | .5 | .5 | 1.0 |
| Tyler Sanchez, cross-designated, 11/30/18 | .5 | 2 | 2.5 |
| Anthony Sanchez, cross-designated, 11/30/18 | 1.0 | .5 | 1.5 |
| Cynthia Sanchez, cross-designated, 11/30/18 | .5 | .5 | 1.0 |
| Janelle McDonald, cross-designated, 11/29/18 or 11/30/18 | .5 | .5 | 1.0 |
| Sgt Jenny McMillan, cross-designated 11/29/18 or 11/30/18 | .5 | 1.0 | 1.5 |
| Iris Eytan, cross-designated, 11/30/18 | 2.0 | 2.0 | 4.0 |
| Ann Curry 12/3/18 | .5 | .5 | 1.0 |

**May Call**

| Witness & Date | Direct | Cross | Total |
|---|---|---|---|
| Kathleen Lobato (nka Featherstone) 11/30/18 | 1.0 | .5 | 1.5 |
| Brian Sugioka, cross-designated, 12/3/18 or 12/4/18 | .5 | 1.0 | 1.5 |

---

[1]  Includes playing of Sanchez interview videos.

| | | | |
|---|---|---|---|
| Inv. Jason Cirbo, cross-designated, 12/3/18 or 12/4/18 | Direct: .5 | .5 | 1.0 |
| Ryan Hartley, cross-designated 12/3/18 or 12/4/18 | Direct: 1.0 | .5 | 1.5 |
| Ryan Wolff, cross-designated 12/3/18 or 12/4/18 | Direct: 1.0 | .5 | 1.5 |