IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge William J. Martínez**

Date:                    November 30, 2018
Courtroom Deputy:  Robert R. Keech
Court Reporter:      Mary George

---

Civil Action No. **13-cv-01945-WJM-SKC**          Counsel:

TYLER SANCHEZ,                                              John A. Culver
                                                                      Adam W. Ray
                                                                      Seth J. Benezra

        Plaintiff,

v.

MIKE DUFFY, Detective, in his individual capacity,     Kelly Dunnaway
HEATHER MYKES, Detective, in her individual             Gordon L. Vaughan
capacity,                                                                Dawn L. Johnson
                                                                          Megan L. Taggart

        Defendants.

---

### COURTROOM MINUTES

---

**Jury Trial: Day Five**

**8:49 a.m.**    **Court in session.**   Jury not present.

                    Discussion regarding progress with stipulation regarding emotional
                    damages and cutoff date and scheduling issues.

8:52 a.m.      Jury enters.

8:53 a.m.      Plaintiff's witness **Jennie McMillan** sworn.

                    Direct examination by Plaintiff by Mr. Culver.  Deposition of Jennie
                    McMillan (11/29/16) for purposes of impeachment.

9:21 a.m.      Cross examination by Defendants by Ms. Taggart.

**Exhibits R REFUSED.**

9:35 a.m.      Re-direct examination by Plaintiff by Mr. Culver.

9:40 a.m.      Re-cross examination by Defendants by Ms. Taggart.

9:42 a.m.      Plaintiff's witness **Michael Duffy** sworn.

                     Direct examination by Plaintiff by Mr. Benezra.

**Exhibits 73, 74, 245 RECEIVED.**

**10:17 a.m.   Court in recess.**
**10:36 a.m.   Court in session.**   Jury enters.

10:38 a.m.    Plaintiff's witness **Michael Duffy** resumes.

                     Direct examination by Plaintiff continues by Mr. Benezra.  Deposition of
                     Michael Brian Duffy (8/11/16) for purposes of refreshing recollection.

**Exhibits 238, 237, 255, 256, 13, 107, 21, 67 RECEIVED.**

11:55 a.m.    Cross examination by Defendants by Ms. Johnson.

**Exhibits R RECEIVED.**

12:12 p.m.    Court's remarks to jury regarding schedule for the afternoon.

12:15 p.m.    Jury excused until 2:00 p.m.

                     Discussion regarding Rule 50 motions, Court's protocol for Rule 50
                     motions, and schedule of witnesses.

**12:22 p.m.   Court in recess.**
**2:03 p.m.    Court in session.**  Jury not present.

                     Discussion regarding case law provided to the Court by Mr. Vaughan.

2:06 p.m.     Jury enters.

2:06 p.m.     Plaintiff's witness **Michael Duffy** resumes.

Cross examination by Defendants continues by Ms. Johnson.

**Exhibits 12, 251, A63 RECEIVED.**

3:20 p.m.     Re-direct examination by Plaintiff by Mr. Benezra.

3:41 p.m.     Re-cross examination by Defendants by Ms. Johnson.

3:45 p.m.     Jury excused until Monday, December 3, 2018, at 8:45 a.m.

**3:45 p.m.     Court in recess.**

**Trial continued.**
**Total Time in Court:  4:56**