IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge William J. Martínez**

Date: December 4, 2018
Courtroom Deputy: Emily Buchanan
Court Reporter: Mary George

| | |
|---|---|
| Civil Action No. **13-cv-01945-WJM-SKC** | Counsel: |
| TYLER SANCHEZ, | John Culver
Adam Ray
Seth Benezra |
| Plaintiff, | |
| v. | |
| MIKE DUFFY, Detective, in his individual capacity, and
HEATHER MYKES, Detective, in her individual capacity, | Kelly Dunnaway
Gordon Vaughan
Dawn Johnson
Megan Taggart |
| Defendants. | |

## COURTROOM MINUTES

**Jury Trial: Day Seven**

**8:49 a.m.     Court in session.**   Jury not present.

Mr. Culver moves to admit into evidence Plaintiff's Exhibit 260.

**Plaintiff's Exhibit 260 received.**

8:52 a.m.     Jury present.

Plaintiff's witness, Iris Eytan, resumes.

8:54 a.m.     Continued cross examination of Ms. Eytan by Ms. Johnson.

**Plaintiff's Exhibit 229 received.**

9:46 a.m.       Redirect examination of Ms. Eytan by Mr. Culver.

**Plaintiff's Exhibit 99 received.**

9:57 a.m.       Recross examination of Ms. Eytan by Ms. Johnson.

Plaintiff's witness, Cynthia Sanchez, sworn.

9:59 a.m.       Direct examination of Ms. Sanchez by Mr. Culver.

10:14 a.m.      Jury excused.

Counsel agree not to call witness Janelle McDonald.

**10:16 a.m.    Court in recess.**
**10:40 a.m.    Court in session.**   Jury present.

Plaintiff's witness, Cynthia Sanchez, resumes.

10:40 a.m.      Cross examination of Ms. Sanchez by Ms. Johnson.

**Plaintiff's Exhibit 98 received.**

11:06 a.m.      Deposition of Cynthia Selby Sanchez – Volume II opened and used for impeachment.

11:08 a.m.      Continued cross examination of Ms. Sanchez by Ms. Johnson.

11:10 a.m.      Redirect examination of Ms. Sanchez by Mr. Culver.

Plaintiff's witness, Anne Curry, sworn.

11:16 a.m.      Direct examination of Ms. Curry by Mr. Culver.

Plaintiff rests.

11:31 a.m.      Jury excused.

11:33 a.m.      Argument by Mr. Vaughan regarding Defendants' Oral Motion Under Fed. R. Civ. P. 50(a) for Judgment as a Matter of Law.

12:10 p.m.      Argument by Mr. Dunnaway regarding Defendants' Oral Motion Under Fed. R. Civ. P. 50(a) for Judgment as a Matter of Law.

**12:31 p.m.    Court in recess.**
**1:33 p.m.     Court in session.**   Jury not present.

1:34 p.m.      Response to Defendants' Motion by Mr. Culver.

1:56 p.m.      Reply by Mr. Vaughan.

2:01 p.m.      Reply by Mr. Dunnaway.

**ORDERED:**   Defendants' Oral Motion Under Fed. R. Civ. P. 50(a) for Judgment as a Matter of Law is **TAKEN UNDER ADVISEMENT**.

2:04 p.m.      Argument by Mr. Culver regarding Plaintiff's Oral Motion Under Fed. R. Civ. P. 50(a) for Judgment as a Matter of Law.

2:07 p.m.      Response to Plaintiff's Motion by Mr. Dunnaway.

2:11 p.m.      Reply by Mr. Culver.

**ORDERED:**   Plaintiff's Oral Motion Under Fed. R. Civ. P. 50(a) for Judgment as a Matter of Law is **TAKEN UNDER ADVISEMENT**.

2:13 p.m.      Jury present.

Defendants' witness, Joseph Hartley, sworn.

2:15 p.m.      Direct examination of Investigator Hartley by Mr. Vaughan.

**Plaintiff's Exhibits 24, 27, and 22 received.**

**3:14 p.m.    Court in recess.**
**3:34 p.m.    Court in session.**   Jury present.

Defendants' witness, Joseph Hartley, resumes.

3:34 p.m.      Continued direct examination of Investigator Hartley by Mr. Vaughan.

4:11 p.m.      Cross examination of Investigator Hartley by Mr. Benezra.

**Plaintiff's Exhibit 23 received.**

4:47 p.m.      Redirect examination of Investigator Hartley by Mr. Vaughan.

4:48 p.m.      Deposition of Joseph Ryan Hartley opened and used to refresh recollection.

4:49 p.m.      Continued redirect examination of Investigator Hartley by Mr. Vaughan.

Defendants' witness, Cheryl Layne, sworn.

4:56 p.m.      Direct examination of Ms. Layne by Mr. Dunnaway.

**Plaintiff's Exhibit 274 received.**

5:02 p.m.      Cross examination of Ms. Layne by Mr. Culver.

**Plaintiff's Exhibit 275 received.**

5:09 p.m.      Redirect examination of Ms. Layne by Mr. Dunnaway.

Court instructs jurors.  Jurors excused until December 5, 2018 at 8:45 a.m.

5:11 p.m.      Jury excused.

Defendants intend to call four witnesses tomorrow.  At this point in time, plaintiff does not intend to call rebuttal witnesses.

**5:12 p.m.      Court in recess.**

Trial continued.
Total in-court time:   6:37