IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge William J. Martínez**

Date:                December 6, 2018
Courtroom Deputy: Leigh Roberson and Cathy Pearson
Court Reporter:   Mary George

| | |
|---|---|
| Civil Action No. **13-cv-01945-WJM-SKC** | Counsel: |
| TYLER SANCHEZ, | John Culver<br>Adam Ray<br>Seth Benezra |
| Plaintiff, | |
| v. | |
| MIKE DUFFY, Detective, in his individual capacity,<br>HEATHER MYKES, Detective, in her individual capacity<br>BOARD OF COMMISSIONERS OF DOUGLAS COUNTY, COLORADO,<br>DOUGLAS COUNTY SHERIFF'S OFFICE, | Kelly Dunnaway<br>Gordon Vaughan<br>Dawn Johnson<br>Megan Taggart |
| Defendants. | |

## COURTROOM MINUTES

**Jury Trial: Day Nine**

**8:49 a.m.**    **Court in session.**   Jury not present.

Charging conference.

**9:25 a.m.**    **Court in recess.**
**9:42 a.m.**    **Court in session.**   Jury not present.

Discussion held regarding closing arguments and Exhibit B36.

9:46 a.m.      Jury present.

Jury charged by the Court.

Closing argument for Plaintiff by Mr. Culver.

**11:04 a.m.    Court in recess.**
**11:17 a.m.    Court in session.**   Jury present.

Closing argument for Defendants by Mr. Dunnaway.

Rebuttal closing argument for Plaintiff by Mr. Culver.

Court's remarks to the jury.

12:13 p.m.    Jury released into deliberations.

**ORDERED:**  Lunches shall be provided to the jury beginning today and for the duration of their deliberations.

**12:16 p.m.    Court in recess.**
Total time in court:   2:57

Clerk's note:  Jury is excused at 5:00 p.m. and directed to return to the jury deliberation room at 8:35 a.m. on December 7, 2018.

**Trial continued.**