IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge William J. Martínez**

Date: December 7, 2018
Courtroom Deputy: Emily Buchanan
Court Reporter: Mary George

| | |
|---|---|
| Civil Action No. **13-cv-01945-WJM-SKC** | Counsel: |
| TYLER SANCHEZ, | John Culver<br>Adam Ray<br>Seth Benezra |
| Plaintiff, | |
| v. | |
| MIKE DUFFY, Detective, in his individual capacity, and<br>HEATHER MYKES, Detective, in her individual capacity, | Kelly Dunnaway<br>Dawn Johnson<br>Megan Taggart |
| Defendants. | |

## COURTROOM MINUTES

**Jury Trial: Day Ten**

**8:48 a.m.**     **Court in session.**   Jury not present.

All parties are present. Mr. Ray, Mr. Dunnaway, Ms. Johnson, and Ms. Taggart are present.

Court informs counsel that a note was tendered to the Court yesterday at 4:50 p.m. indicating that the jury wished to conclude their deliberations for the day. Counsel agree no answer from the Court is necessary.

8:51 a.m.     All eight members of the jury are present.

8:52 a.m.     Jury excused to continue their deliberations.

Court Security Officer hands the Courtroom Deputy a note from the jury.  Court takes a recess for counsel to review the jury's question.

**8:53 a.m.      Court in recess.**
**9:03 a.m.      Court in session.**    Jury not present.

Discussion held regarding the jury's question.

**9:08 a.m.      Court in recess.**
**12:22 p.m.    Court in session.**  Jury not present.

All parties and counsel are present.

12:25 p.m.    Jury present.

Jury has reached a verdict.

12:25 p.m.    Court reads verdict form.

**ORDERED:**  Verdict is received.

**ORDERED:**  Judgment shall enter in favor of defendants and against plaintiff.  Costs are awarded to defendants.

Court's concluding remarks to the jury.

12:29 p.m.    Jury excused with the thanks of the Court.

Court's concluding remarks to counsel and the parties.

**12:30 p.m.    Court in recess.**

Trial concluded.
Total in-court time:   00:18

Clerk's Note:  Exhibits and depositions have been returned to counsel.